People ex rel. Bassett v Toulon (2025 NY Slip Op 00624)

People ex rel. Bassett v Toulon

2025 NY Slip Op 00624

Decided on January 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2025-00946

[*1]The People of the State of New York, ex rel. Jason Bassett, on behalf of Matthew Fina, petitioner, 
v
Errol D. Toulon, etc., et al., respondents.

Law Offices of Jason Bassett, P.C., Central Islip, NY (Jason Bassett pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Jamie H. Greenwood of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Matthew Fina upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 60148/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., WOOTEN, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court